UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE HAMILTON,<br><br>      Plaintiff,<br><br>   v.<br><br>JUUL LABS, INC.,<br><br>      Defendant. | Case No. 20-cv-03710-EMC<br><br>**ORDER REQUESTING DOCUMENTATION** |

This Court hereby orders Plaintiff Marcie Hamilton to file the at-issue separation agreement identified in her Complaint and in her attorney's possession. *See* Docket No. 15-1 at 3 (" . . . the document attached to the Moore Declaration as Exhibit B . . . <u>is different than the Separation Agreement and Release in Plaintiff's Counsel's file and that is referenced in the Complaint.</u>") (emphasis in original). Ms. Hamilton must electronically file a copy with the Court by **Tuesday, August 18, 2020, at 12:00 p.m.**

     **IT IS SO ORDERED**.

Dated: August 17, 2020

_____
EDWARD M. CHEN
United States District Judge