# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 20, 2020      **Time:** 3:59-4:45= 46 Minutes      **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-03710-EMC      **Case Name:** Marcie Hamilton v. JUUL Labs, Inc

**Attorney for Plaintiff:** Christopher Baker
**Attorneys for Defendant:** Brian Johnsrud, Jennifer Lotz

**Deputy Clerk:** Angella Meuleman      **Court Reporter:** Katherine Sullivan

## PROCEEDINGS HELD BY ZOOM WEBINAR

[12] Motion to Dismiss held.

## SUMMARY

Parties stated appearances and proffered argument.

Court takes matter under submission.

Court further ordered parties to meet and confer as stated on the record.

Initial Case Management Conference set for 9/24/2020 is vacated and rescheduled for 10/22/2020 at 9:30 a.m.  Joint cmc statement due 10/15/2020.