# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 7, 2021  **Time:** 1:55-2:35= 40 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-03710-EMC  **Case Name:** Marcie Hamilton v. JUUL Labs, Inc

**Attorney for Plaintiff:** Chris Baker
**Attorney for Defendant:** Jennifer Lotz

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Ana Dub

### PROCEEDINGS HELD BY ZOOM WEBINAR

[33] Motion to Dismiss - held;
[34] Motion to Strike - held.

### SUMMARY

Parties stated appearances and proffered argument.

Court takes motions under submission.