UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>JUUL LABS, INC.,<br><br>    Defendant. | Case No. 20-cv-03710-EMC<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING ON PARTIES' DISCOVERY DISPUTE**<br><br>Docket No. 47 |

    The parties have submitted a joint letter detailing their disagreement over the confidentiality of materials received outside the formal discovery process and proposed modifications to the Northern District's Model Protective Order.  Docket No. 47.

    The Court **DIRECTS** the parties to submit supplemental briefing on the legal disputes raised in the joint letter.  The briefing for each side shall be limited to **10 pages**.  Plaintiff shall submit such briefing by **April 13, 2021** and Defendant shall file a response by **April 20, 2021**.

    **IT IS SO ORDERED**.

Dated: April 6, 2021

                                                EDWARD M. CHEN
                                                United States District Judge