CHRIS BAKER, State Bar No. 181557
cbaker@bakerlp.com
DEBORAH SCHWARTZ, State Bar No. 208934
dschwartz@bakerlp.com
BAKER CURTIS & SCHWARTZ, P.C.
1 California Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 433-1064
Fax:  (415) 366-2525

Attorneys for Plaintiff
MARCIE HAMILTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCIE HAMILTON,<br><br>          Plaintiff,<br><br>   vs.<br><br>JUUL LABS, INC.,<br><br>          Defendant. | Case No. 3:20-CV-3710-EMC (SK)<br><br>**JOINT NOTICE OF CASE STATUS RE MOTION FOR SETTLEMENT APPROVAL** |

THIS NOTICE informs the Court of the status of the motion for settlement approval in this case. Plaintiff has provided a draft of the motion to opposing counsel. Defendant is reviewing the draft and providing comments for Plaintiff's review. To ensure the motion is the result of a considered process, the parties have agreed that the motion for settlement approval will now be filed no later than October 1, 2021.

Dated: September 24, 2021         CURLEY, HURTGEN & JOHNSRUD LLP

By    /s/ Brian L. Johnsrud
BRIAN L. JOHNSRUD
Attorneys for Defendant
JUUL LABS, INC.

Dated: September 24, 2021         BAKER CURTIS & SCHWARTZ, P.C.

By    /s/ Chris Baker
CHRIS BAKER
Attorneys for Plaintiff
MARCIE HAMILTON

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained concurrence regarding the filing of this document from the other signatories to the document.

Dated: September 24, 2021         BAKER CURTIS & SCHWARTZ, P.C.

By    /s/ Chris Baker
CHRIS BAKER
Attorneys for Plaintiff
MARCIE HAMILTON